[No. 39505-0-I.    Division One.    April 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN J.
HENNESSY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-07252-2, Janice Niemi, J., entered
September 17, 1996. *Reversed* by unpublished per curiam
opinion.

[No. 39508-4-I.    Division One.    April 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMY PAUL
BROGOLEOS, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 96-1-00612-7, Paul D. Hansen, J.,
entered September 20, 1996. *Affirmed* by unpublished per
curiam opinion.

[No. 39552-1-I.    Division One.    April 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY DOBBIE
HOLLOWAY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-8-04363-1, Richard A. Jones, J., entered
October 2, 1996. *Dismissed* by unpublished per curiam
opinion.

[No. 39631-5-I.    Division One.    April 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. IGNACIO
MENDOZA, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 92-1-01322-8, Gerald L. Knight, J.,
entered October 11, 1996. *Affirmed* by unpublished opinion
per Ellington, J., concurred in by Grosse and Baker, JJ.